UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>          Plaintiff,<br><br>  vs.<br><br>CATES, et al.,<br><br>          Defendants. | **1:23-cv-00856-JLT-GSA-PC**<br><br>**ORDER STRIKING PLAINTIFF'S AUGUST 14, 2023 NOTICE AS MOOT**<br><br>**(ECF No. 15.)** |

## I.     BACKGROUND

Melvin Joseph Simmons ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On June 5, 2023, Plaintiff filed the Complaint commencing this action.   (ECF No. 1.)  The Complaint awaits the Court's requisite screening pursuant to 28 U.S.C. § 1915.

On August 14, 2023, Plaintiff filed a document titled "Notice and Civil Rights Action for Statutory Damages . . ." (ECF No. 15.)[1]  On August 17, 2023, the Court issued an order requiring

---

[1] The entire title of Plaintiff's August 14, 2023 filing is "Notice and Civil Rights Action for Statutory Damages Against Employees of the United States Commissioner's United States Magistrate Judge Gary S. Austin and United States District Judge Jennifer L. Thurston for Failure to Perform Their Legal Obligations and Implied Fiduciary Duty in Due Diligence Salvor Established to Combat Human Trafficking in Accordance to Operation of Law 18 USCS § 1595A.(b)(c)." (ECF No. 15.)

1

Plaintiff to respond to the Court and clarify the legal nature of his August 14, 2023 filing. (ECF No. 16.) On September 5, 2023 and September 14, 2023, Plaintiff filed responses to the Court's order. (ECF Nos. 17, 18.)

## II. PLAINTIFF'S RESPONSES

In Plaintiff's first response, filed on September 5, 2023, he primarily indicates that he is seeking damages against Magistrate Judge Gary S. Austin and District Judge Jennifer L. Thurston for their failure to perform fiduciary and legal duties. (ECF No. 17.) Plaintiff's second response, filed on September 14, 2023, indicates that Plaintiff requests the two Judges to disqualify themselves from proceeding with this case based on their personal bias or prejudice concerning the parties. (ECF No. 18.)

The Court interprets Plaintiff's August 14, 2023 Notice as a motion to disqualify Magistrate Judge Gary S. Austin and District Judge Jennifer L. Thurston from proceeding with this case, and a motion to recover monetary damages from the two Judges. Such motions were resolved by the Court's orders issued on August 8, 2023 (ECF No. 13) and August 9, 2023 (ECF No. 14). Therefore, the Court shall strike Plaintiff's August 14, 2023 Notice (ECF No. 15) as moot. Until the Court screens the Plaintiff's complaint, any further "motions" by Plaintiff which are based on the same or similar requests as those contained in Plaintiff's August 14, 2023 (Doc # 15) *Notice*, shall be ordered stricken as moot.

The Court also notes that to the extent Plaintiff's allegations are based on a sovereign citizen ideology, courts have uniformly and summarily rejected these theories/arguments as frivolous and meritless. See Dickenson v. Biden, 2022 U.S. Dist. LEXIS 185614.

## III. CONCLUSION AND ORDER

The Court interprets Plaintiff's August 14, 2023 Notice as a motion to disqualify Magistrate Judge Gary S. Austin and District Judge Jennifer L. Thurston from proceeding with this case, and a motion to recover monetary damages from the Judges. Such motions were resolved by the Court's orders issued on August 8, 2023 (ECF No. 13) and August 9, 2023 (ECF No. 14). Therefore, based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's August 14, 2023 filing (ECF No. 15), titled "Plaintiff's Notice; and Civil Rights Action for Statutory Damages Against Employees of the United States Commissioner's United States Magistrate Judge Gary S. Austin and United States District Judge Jennifer L. Thurston for Failure to Perform Their Legal Obligations and Implied Fiduciary Duty in Due Diligence Salvor Established to Combat Human Trafficking in Accordance to Operation of Law 18 USCS § 1595A.(b)(c)" is **STRICKEN** from the record as moot; and

2. Plaintiff is further advised that until such time as the Court has screened the complaint in this action, any future requests, notices, or motions which are the same or similar to the *Notice* filed by Plaintiff on August 14, 2023 (Doc # 15), shall also be ordered stricken from the record as moot.

IT IS SO ORDERED.

Dated:   **September 24, 2023**                     **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE